Michael K. Brown (SBN 104252)
Thomas J. Yoo (SBN 175118)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071
Telephone:   213.457.8000
Facsimile:    213.457.8080
Email: mkbrown@reedsmith.com
tyoo@reedsmith.com

Steven J. Boranian (SBN 174183)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922
Telephone:   415.543.8700
Facsimile:    415.391.8269
Email: sboranian@reedsmith.com

Dana A. Blanton (SBN 232373)
REED SMITH LLP
1999 Harrison St., Suite 2400
Oakland, CA  94610
Telephone:   510.763.2000
Facsimile:    510.273.8832
Email: dblanton@reedsmith.com

Attorneys for Defendants
Merck & Co., Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MERCK & CO. INC., et al.<br><br>　　　　　Defendants. | No.: 2:06-cv-02281-DFL-DAD<br><br>STIPULATION AND PROPOSED ORDER STAYING RULE 26(F) AND INITIAL SCHEDULING CONFERENCES PENDING TRANSFER TO VIOXX MDL NO. 1657<br><br>**Honorable David F. Levi** |

TO THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, PLAINTIFF AND DEFENDANT, THROUGH THEIR ATTORNEYS, FILE THIS STIPULATION AND PROPOSED ORDER.

This case, *Maria Martinez v. Merck & Co., Inc., et al.* Case Number 2:06-cv-02281-DFL-DAD, was filed in state court on September 26, 2006 and removed to this Court on October 16, 2006.

No discovery has been conducted or scheduled.

On October 20, 2006, Merck, pursuant to Rule 7.5(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("R.P.J.P.M.L."), provided notice to the MDL Panel of the pendency of this "tag-along" action and furnished the MDL Panel with a copy of the docket sheet and complaint. Merck requested that the MDL Panel transfer this action to the multidistrict litigation known as In re Vioxx Products Liability Litigation, MDL No. 1657, currently pending in the Eastern District of Louisiana, District Judge Eldon Fallon presiding. On November 28, 2006, the Judicial Panel on Multidistrict Litigation filed a Conditional Transfer Order that included this case with the Vioxx MDL in the Eastern District of Louisiana, effecting final transfer of this case and other cases to Vioxx MDL No. 1657.

Plaintiff does not oppose the transfer of this case to the Vioxx MDL.

In light of the transfer of this case to the Vioxx MDL, the parties respectfully request that further Joint Status Reports be postponed and that Discovery Conferences be continued pending transfer of this case to the Eastern District of Louisiana, MDL No. 1657.

/ / /

/ / /

/ / /

– 1 –
STIPULATION AND PROPOSED ORDER STAYING RULE 26(F) CONFERENCE

SO STIPULATED.

Dated: December 15, 2006

**REED SMITH LLP**

By: _____/s/ Dana A. Blanton_____
Dana A. Blanton
Attorney for Defendant
MERCK & CO., INC.

Dated: December 15, 2006

**LAW OFFICES OF STEVEN A. FABBRO**

By: _____/s/ Steven Fabbro_____
Steven Fabbro
Attorney for Plaintiff
Maria Martinez

– 2 –
STIPULATION AND PROPOSED ORDER STAYING RULE 26(F) CONFERENCE

# [PROPOSED] ORDER

IT IS HEREBY ORDERED the above terms of this Stipulation are approved by this Court.

Dated: 12/18/2006

_____
DAVID F. LEVI
United States District Judge